# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DANIEL AND CATHLEEN GRIX, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF NAOMI GRIX, DECEASED, | : No. 76 MAL 2020 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners, are:

.(1)    Did the Superior Court err as a matter of law in finding that the Decedent was not a resident of her parents' household at the time of her death even though she was listed as a "household driver" on the household insurance policy, a premium was charged, and the facts overwhelmingly establish she was also a "resident" of the household at the time of her death?

(2)    Did the Superior Court err as a matter of law in finding that the Decedent was not a "designated insured" entitled to stacking even though the Decedent was listed on her parents' policy as a "driver and household resident" and premiums were charged up through and until the time of her tragic death?